Filed on 3/13/2015 9:19:23 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 9:34:15 AM
CHRISTOPHER A. PRINE
Clerk

March 13, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1042867
Trial Court Number: One (1)

**Style:**

| ROBIN KAY WILSON | VS. | OAK OF WOODFOREST III LTD D/B/A PINES OF WOOD FOREST |
|---|---|---|
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** DEBRA IBARRA MAYFIELD

**Appellant(s) Attorney:**
David J. Sadegh, No. 24052822
10203 Birchridge Drive, Suite 210
Humble, Texas 77338
Phone: (832) 644-6534
Fax: (832) 644-6236
E-Mail: N/A

**Appellee(s) Attorney:**
Jeremy D. Baker, No. 24057751
5051 Westheimer, Suite 1200
Houston, Texas 77210-4547
Phone: (713) 977-8686
Fax: (713) 977-5395
E-Mail: baker@hooverslovacek.com

Ribin Kay Wilson, appellant, filed a Notice of Appeal on March 11, 2015 from the Final Judgment that was signed on February 9, 2015.

The Clerk's Record is due to your office on or before April 10, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

1

## NO. 1042867

| | | |
|---|---|---|
| ROBIN KAY WILSON, | § | IN THE COUNTY CIVIL COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NUMBER ONE (1) |
| | § | |
| OAK OF WOODFOREST III LTD d/b/a | § | |
| PINES OF WOODFOREST, | § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Robin Kay Wilson, Plaintiff, gives notice of her intent to appeal the trial court's Order Granting Defendants No Evidence Motion for Summary Judgment rendered on January 7, 2015 and the trial court's Final Judgment rendered on February 9, 2015. This appeal is taken to either the First or the Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

Law Offices of David J. Sadegh

By:  /s/ David J. Sadegh
David J. Sadegh
Texas Bar No. 24052822
10203 Birchridge Dr., Ste. 210
Humble, Texas 77338
Tel: (832) 644-6534
Fax: (832) 644-6236
ATTORNEY FOR PLAINTIFF
ROBIN KAY WILSON

2

## CERTIFICATE OF SERVICE

I certify that on March 11, 2015, a true and correct copy of the foregoing was served to the following counsel of record via email:

Jeremy D. Baker
Hoover Slovacek, LLP
P.O. Box 4547
Houston, Texas 77210-4547
baker@hooverslovacek.com

*/s/ David J. Sadegh*
David J. Sadegh

3

## NO. 1042867

| | | |
|---|---|---|
| **ROBIN KAY WILSON** | § | **IN THE COUNTY CIVIL COURT** |
| | § | |
| **V.** | § | **AT LAW NUMBER ONE** |
| | § | |
| **OAKS OF WOODFOREST III LTD** | § | **HARRIS COUNTY, TEXAS** |
| **d/b/a PINES OF WOODFOREST** | § | |

### FINAL JUDGMENT

BE IT REMEMBERED that on this date came on to be heard the above-entitled and numbered cause, and ROBIN KAY WILSON ("Plaintiff"), and OAKS OF WOODFOREST III LTD d/b/a PINES OF WOODFOREST ("PINES OF WOODFOREST" or "Defendant"), appeared before the Court and announced ready for trial. The Court having Granted Defendant's No-Evidence Motion for Summary Judgment on January 7, 2015, Plaintiff's claims, causes of action, and counterclaims, have been dismissed with prejudice via summary judgment. All remaining matters of fact and things in controversy were submitted to the Court, and the case proceeded to trial. It is there

ORDERED, ADJUDGED AND DECREED that Defendant, PINES OF WOODFOREST, recovers, from Plaintiff, ROBIN KAY WILSON, judgment for its reasonable and necessary attorneys' fees, in the amount of $ 10,749.90 It is further

ORDERED, ADJUDGED AND DECREED that Defendant, PINES OF WOODFOREST, recovers, from Plaintiff, ROBIN KAY WILSON, judgment for pre-judgment interest, in the amount of 5%, from the date this lawsuit was filed, through the date this judgment is entered, issued, and executed by this Court, post-judgment interest, in the amount of 5%, from the day after this judgment is entered, issued, and executed by this Court through the date this judgment is paid and satisfied in full, and costs of court. It is further,

ORDERED, ADJUDGED AND DECREED that if a Motion for New Trial is filed and Defendant prevails, then Defendant is awarded recovery of an additional ~~$2,300.00~~ $1,300.00 from Plaintiff, ROBIN KAY WILSON, as attorneys' fees for such work. If this case is appealed to the Court of Appeals and Defendant prevails, then Defendant is awarded the recovery of additional attorneys' fees of $ ~~10,150.00~~ $8,150.00 from Plaintiff. If a Motion for Rehearing or an Application for a Writ of Error is made to the Supreme Court and Defendant prevails, then Defendant is awarded the recovery of additional attorneys' fees of ~~$10,150.00~~ $8,150.00 from Plaintiff. If an appeal is made to the Texas Supreme Court and Defendant prevails, then Defendant is awarded the recovery of additional attorneys' fees of $ ~~10,150.00~~ $8,150.00 from Plaintiff. All relief not expressly granted herein is denied. ~~It is further,~~

All relief not granted herein is denied. This is a final judgment.

SIGNED this ___ day of _____, 2015.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE:**

**HOOVER SLOVACEK LLP**

By:_____
    Jeremy D. Baker
    State Bar No. 24057751
    5051 Westheimer, Suite 1200
    P. O. Box 4547
    Houston, Texas 77210-4547
    (713) 977-8686/Fax: (713) 977-5395
    Baker@hooverslovacek.com

**OAKS OF WOODFOREST III LTD**
**d/b/a PINES OF WOODFOREST**

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

FILED 2015 FEB -9 PM 3:51

COUNTY CLERK
HARRIS COUNTY, TEXAS